U.S. COURT OF APPEALS
RECEIVED
CLERK
DEC 10 2021
ATLANTA, GA.

# UNITED STATES COURT OF APPEALS

for the

## 11ᵗʰ CIRCUIT

### CASE NUMBER 21-12650-D

| | |
|---|---|
| _____X | |
| ROBERT A. HEGHMANN and | : |
| BEATRICE M. HEGHMANN, | |
|            _Appellants_ | :    **MOTION TO** |
| _v._ |        **STRIKE** |
| DJAMEL HAFIANE, MARY HAFIANI, | : |
| MIRIAM HAFIANI, JAMEL JOSEPH | |
| HAFIANI, JULIA SARAH HAFIANI, THE | : |
| TOWN OF RYE, N.H., JOHN DOES 1 |      **NOVEMBER 30,** |
| THRU 6000, and MARY ROES 1 THRU 6000. | :        **2021** |
|         **Respondents.** | |
| _____X | |

**MOTION TO STRIKE ANSWERING BRIEF OF MIRIAM HAFIANI AND
THE ANSWERING BRIEF OF DJAMEL HAFIANI, MARY HAFIANI,
JAMEL JOSEPH HAFIANI AND JULIA SARAH HAFIANI**

The Appellants hereby Move to Strike the Respondents Answering Briefs because they filed the Briefs without serving the Briefs on the Appellants. As of the date of this Motion, the Appellants still have not been served in clear violation of the Rules of this Court. Also, since the service and filing of these Briefs now

would be so out of date that the Respondents should not be allowed to cure this

defect at this late date.

## CERTIFICATE OF SERVICE

The Appellants served all counsel of record with a copy of the Appellants'

Motion to Strike December 2, 2021 via U.S.P.S Priority Mail, postage pre-paid.

Robert A. Heghmann

P.O. Box 2108

Leander, Texas 78464

Bob_Heghmann@Reagan.com

(603) 866-3089



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Retail

**UNITED STATES POSTAL SERVICE.**

**P**

**US POSTAGE PAID**

**$8.70**

Origin: 78642
12/02/21
4851450611-05

**PRIORITY MAIL 2-DAY®**

0 Lb 14.60 Oz

1004

EXPECTED DELIVERY DAY: 12/06/21

C007

SHIP
TO:
55 FORSYTH ST NW
ATLANTA GA 30303-2209

**USPS TRACKING® #**

9505 5121 1027 1336 5939 32

FLAT R
ONE RATE

- Expected de
- Most domes
- USPS Track
- Limited inter
- When used i

*Insurance does n
Domestic Mail Ma
** See Internationa

TRACK

Package Pickup,
QR code.

USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

FROM:

Robert A. Heghmann
P.O. Box 2108
Leander, TX
78646

RECEIVED

DEC 1 0 2021

U S Marshals Service
Atlanta, GA

TO:

Clerk
U.S Court of Appeals
55 Forsyth St., NW
Atlanta, GA
30303

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.